FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB -7 2017
JAMES W. McCORMACK, CLERK
By: DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA )
) No. 4:17CR00021 DPM
vs. )
) 18 U.S.C. § 922(g)(1)
KENNETH LEE AARON )

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT 1**

A. Prior to October 31, 2016, the defendant,

KENNETH LEE AARON,

had previously been convicted as follows:

1. In Pulaski County, Arkansas, Circuit Court for possession of methamphetamine or cocaine with purpose to deliver and possession of firearms by certain persons, in criminal case 2013-2379; and

2. In Pulaski County, Arkansas, Circuit Court for possession of cocaine with purpose to deliver and possession of drug paraphernalia, in criminal case 2011-4180.

B. The crimes set forth in paragraph A above were punishable by a term of imprisonment exceeding one year.

C. On or about October 31, 2016, in the Eastern District of Arkansas, the defendant

KENNETH LEE AARON,

did knowingly possess the following firearm and ammunition, in and affecting commerce, to wit:

(1) a Taurus, model 85, .38 Special + P revolver, bearing serial number F077851; and

(2) five rounds of Hornady ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

[End of Text. Signature page attached.]