# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

VS. NO. 4:17CR00021-01 DPM

KENNETH LEE AARON

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE CUSTODIAL AUTHORITY at the Lonoke County Jail TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF ARKANSAS:

GREETINGS:

We command that you surrender the body of KENNETH LEE AARON detained in the Lonoke County Jail, Lonoke, AR in your custody, under safe and secure conduct, to the custody of the United States Marshal for the Eastern District of Arkansas, and the said Marshal is directed to produce the body of the Defendant before this Court on February 14, 2017 at 2:00 p.m. before the Honorable Jerome T. Kearney, and after the proceedings have been concluded, that you return KENNETH LEE AARON to Lonoke County Jail under safe and secure conduct.

IN WITNESS WHEREOF, I have set my hand and the seal of said court, this 9 February 2017.

UNITED STATES MAGISTRATE JUDGE